In the Matter of the Application of GEORGE ZOVICK, Petitioner, for a Peremptory Order of Mandamus against Hon. EDWARD W. EATON, as County Judge of Tioga County, or any Judge of the County Court Holding Term in and for Tioga County, Respondent.— The record is incomplete. It does not contain a copy of the order from which the appeal is taken; nor does the record contain copies of the indictment or indictments. It appears from the opinion of the judge presiding at Special Term that he examined the evidence. A copy should be sent to the clerk of this court. In the meantime the decision on the merits is held in abeyance. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

ALFRED B. CHACE, FREDERICK J. LONGLEY and ARTHUR F. MCEVOY, as Trustees for Certain Depositors and Creditors of THE FIRST NATIONAL BANK AND TRUST COMPANY OF HUDSON under a Trust Agreement Dated October 21, 1933, Respondents, v. SAMUEL LIEPSHUTZ, Defendant, and HAROLD LIEPSHUTZ, Appellant.— In 1934 a judgment for $1,474.07 in an action upon a promissory note was recovered by plaintiff against appellant Harold Liepshutz and his father, Samuel Liepshutz. This appeal is from an order denying a motion to set aside the judgment upon the ground that process was not served upon appellant. The proof before the Special Term indicated that service was made. Order unanimously affirmed, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

FRANK J. BUSOLD, Appellant, v. AUGUST WEISBROD, Respondent. (Action No. 1.) AUGUST WEISBROD, Respondent, v. FRANK J. BUSOLD, Appellant. (Action No. 2.) GERTRUDE WEISBROD, Respondent, v. FRANK J. BUSOLD, Appellant. (Action No. 3.) MARGARET WEISBROD, an Infant, by AUGUST WEISBROD, Her Guardian ad Litem, Respondent, v. FRANK J. BUSOLD, Appellant. (Action No. 4.) — Appeal from an order of the Special Term of the Supreme Court, entered in the Saratoga county clerk's office on November 10, 1939, in so far as it denied a motion to change the place of trial and granted a motion to retain the place of trial in Saratoga county. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of THE VILLAGE OF WELLSVILLE, NEW YORK, Petitioner, against MILO R. MALTBIE, GEORGE R. VAN NAMEE, GEORGE R. LUNN, NEAL BREWSTER and MAURICE C. BURRITT, Constituting the Public Service Commission of the State of New York, and PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and to certify questions denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ. [See ante, p. 1001.]